UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gints Aris Ethan Brencis, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:14−cv−02079

Green Tree Servicing, LLC
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3,2015:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 8/3/2015. Defendant's motion to stay proceedings [40] granted for 90 days. Status hearing set for 11/5/2015 at 9:00 AM. Ruling set for 9/2/2015 is stricken. Mail ed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.