# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gints Aris Ethan Brencis, et al.

                            Plaintiff,

v.                                                  Case No.: 1:14–cv–02079
                                                    Honorable Rebecca R. Pallmeyer

Green Tree Servicing, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 11/15/2018. Oral motion to dismiss is granted. This case is dismissed with prejudice. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.